FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D22-1439
_____

HARRIS D. WALKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 9, 2022

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

B.L. THOMAS and WINOKUR, JJ., concur; KELSEY, J., dissents without opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Harris D. Walker, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.